UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MARK AND LINDA FRANTZICH,<br><br>    Plaintiff,<br>vs.<br><br>BARCLAY'S CAPITAL; OCWEN LOAN SERVICING, LLC, SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2, AND DOES 1-99<br><br>    Defendants. | Case No.: CV 11-00317-LHK (PSG)<br><br>Hon. Lucy H. Koh<br><br>**JUDGMENT OF DISMISSAL** |

Defendants', BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING (ERRONEOUSLY SUED AS BARCLAYS CAPITAL) ("HomEq"); OCWEN LOAN SERVICING, LLC ("Ocwen") and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2 (ERRONEOUSLY NAMES AS SECURITIZED ASSET BACKED

1  RECEIVABLES LLC TRUST 2007-BR2) ("Deutsche Bank as Trustee"), Motion to Dismiss
2  was granted by this Court on April 20, 2011. This Court further ordered that Plaintiffs had
3  twenty-one (21) days to file an amended complaint, and that failure to timely amend would
4  result in dismissal of Plaintiffs' claims with prejudice.
5       As of the time this Judgment of Dismissal was filed, Plaintiffs had not amended their
6  complaint in accordance with this Court's April 20, 2011 Order.
7       **IT IS SO ORDERED, ADJUDGED AND DECREED** that Judgment of Dismissal be
8  entered in favor of Defendants.
9       IT IS SO ORDERED.

Date: May 27, 2011

*/s/ Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

**JUDGMENT OF DISMISSAL**
2